# EXHIBIT B

## Case Information

DC-22-03019 | KAYLA WALKER et al vs. CITY OF RICHARDSON et al

| | | |
|---|---|---|
| Case Number<br>DC-22-03019 | Court<br>44th District Court | Judicial Officer<br>WYSOCKI, ASHLEY |
| File Date<br>03/17/2022 | Case Type<br>EMPLOYMENT | Case Status<br>OPEN |

## Party

**PLAINTIFF**
WALKER, KAYLA

Address
1609 Sunrise Drive
McKinney TX 75071

Active Attorneys ▼
Lead Attorney
ROBERSON, ERIC N
Retained

**PLAINTIFF**
CONKLIN, DAVID

Address
1609 Sunrise Drive
McKinney TX 75071

Active Attorneys ▼
Lead Attorney
ROBERSON, ERIC N
Retained

**DEFENDANT**
CITY OF RICHARDSON

Address
BY SERVING ITS MAYOR PAUL VOELKER OR CITY MANAGER DON MAGNER
RICHARDSON CITY HALL
411 W ARAPAHO RD
RICHARDSON TX 75080

Active Attorneys ▼
Lead Attorney
LYNCH, JOHN M
Retained

DEFENDANT

GARY TITTLE, CHIEF OF POLICE

Address
RICHARDSON POLICE DEPARTMENT
140 N GREENVILLE AVE
RICHARDSON TX 75081

DEFENDANT

JAMIE GERHART, CAPTAIN

Address
RICHARDSON POLICE DEPARTMENT
140 N GREENVILLE AVE
RICHARDSON TX 75081

DEFENDANT

MICHAEL FITZSIMMONS, SERGEANT

Address
RICHARDSON POLICE DEPARTMENT
140 N GREENVILLE AVE
RICHARDSON TX 75081

DEFENDANT

JAMES HOLLEY, LIEUTENANT

Address
RICHARDSON POLICE DEPARTMENT
140 N GREENVILLE AVE
RICHARDSON TX 75081

DEFENDANT

CHAD SWIERE, SERGEANT

Address
RICHARDSON POLICE DEPARTMENT
140 N GREENVILLE AVE
RICHARDSON TX 75081

## Events and Hearings

### 03/17/2022 NEW CASE FILED (OCA) - CIVIL

### 03/17/2022 ORIGINAL PETITION ▼

ORIGINAL PETITION

### 03/17/2022 ISSUE CITATION ▼

ISSUE CITATION -6. CHAD SWIERE, SERGEANT

ISSUE CITATION - 5. MICHAEL FITZSIMMONS, SERGEANT

ISSUE CITATION - 4. JAMES HOLLEY, LIEUTENANT

ISSUE CITATION - 3. JAMIE GERHART, CAPTAIN

ISSUE CITATION - 2. GARY TITTLE, CHIEF OF POLICE

ISSUE CITATION - 1. CITY OF RICHARDSON

### 03/28/2022 ORDER - STATUS CONFERENCE ▼

ORDER - STATUS CONFERENCE

### 03/28/2022 CITATION ▼

Served
04/07/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/11/2022
Comment
CITY OF RICHARDSON, TEXAS

### 03/28/2022 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
GARY TITTLE, CHIEF OF POLICE

### 03/28/2022 CITATION ▼

Served
04/08/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/11/2022
Comment
JAMIE GERHART, CAPTAIN

03/28/2022 CITATION ▼

Served
04/07/2022

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
04/11/2022
Comment
JAMES HOLLEY, LIEUTENANT

03/28/2022 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
MICHAEL FITZSIMMONS, SERGEANT

03/28/2022 CITATION ▼

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
CHAD SWIERE, SERGEANT

04/11/2022 RETURN OF SERVICE ▼

EXECUTED CITATION - JAMES HOLLEY, LIEUTENANT

Comment
EXECUTED CITATION - JAMES HOLLEY, LIEUTENANT

04/11/2022 RETURN OF SERVICE

EXECUTED CITATION - CITY OF RICHARDSON

Comment
EXECUTED CITATION - CITY OF RICHARDSON

04/11/2022 RETURN OF SERVICE

EXECUTED CITATION - JAMIE GERHART, CAPTAIN

Comment
EXECUTED CITATION - JAMIE GERHART, CAPTAIN

04/28/2022 ORIGINAL ANSWER - GENERAL DENIAL

ORIGINAL ANSWER, PLEA TO JURISDICTION & MOTION TO DISMISS

Comment
PLEA TO JURSIDICTION & MOTION TO DISMISS

04/28/2022 ORIGINAL ANSWER - GENERAL DENIAL

CITY OF RICHARDSON'S ORIGINAL ANSWER

04/29/2022 Status Conference

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
9:00 AM

Comment
EMAILED P 3/28, CIT'S NOT ISSUED

05/02/2022 ORDER - SETTING SCHEDULING CONF

ORDER - SETTING SCHEDULING CONF

05/19/2022 NON-SIGNED PROPOSED ORDER/JUDGMENT

AGREED SCHEDULING ORDER

Comment
AGREED SCHEDULING ORDER

05/20/2022 Scheduling Conference

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
8:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

05/26/2022 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

CITY OF RICHARDSON'S FIRST AMENDED ANSWER

   Comment
   CITY RICHARDSON

05/26/2022 AMENDED ANSWER - AMENDED GENERAL DENIAL ▼

FIRST AMENDED ANSWER, PLEA TO JURISDICTION, AND MOTION TO DISMISS

   Comment
   PLEA TO JUSIRDICTION AND MOTION TO DISMISS

09/18/2023 Non Jury Trial ▼

Judicial Officer
WYSOCKI, ASHLEY

Hearing Time
9:00 AM

09/18/2023 TRIAL SETTING (NON JURY)